<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-2037**

———————

In Re:  ELDRIDGE HARMON,

                                        Petitioner.


———————

On Petition for Writ of Mandamus.  (CA-99-1814-8)

———————

Submitted:  November 4, 1999          Decided:  November 9, 1999

———————

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Eldridge Harmon, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Eldridge Harmon has filed a petition for a writ of mandamus seeking to challenge the district court's order transferring his action to the District of Columbia pursuant to 28 U.S.C. § 1406(a) (1994). The proper cause of action to challenge the transfer is for Harmon to file a motion in the District Court for the District of Columbia and to transfer the case to the Maryland district court, and appeal to any adverse ruling to the District of Columbia Court of Appeals once the district court enters a final order.

Because Harmon has failed to demonstrate a clear and undisputable right to relief, we deny his petition for a writ of mandamus. See Allied Chem. Corp. v. Daiflon, Inc., 449 U.S. 33, 35-36 (1980) (per curiam); In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2